## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 16-13717-sr |
| Thomas S. Schwear | : | |
| | : | |
| Debtor(s) | : | CHAPTER 13 |

### RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

1. Admitted.

2. Admitted.

3   Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

WHEREFORE, Debtor seeks an Order denying this Motion.

Respectfully submitted,

Dated: April 112, 2017         By: /s/ Michael D. Hess
                                Michael D. Hess, Esquire
                                Pa. I.D.# 63650
                                Attorney for Debtor
                                1672 Manheim Pike
                                Lancaster, PA 17601
                                (717) 391-2911