# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :          BANKRUPTCY NO: 16-13717
    Thomas S. Schwear        :
                                     :
    Debtors                    :

## ADDENDUM TO THIRD AMENDED CHAPTER 13 PLAN

An additional payment of $681.59 will be paid through the chapter 13 plan within 24 months of confirmation.

                                      **/s/ Michael D. Hess**
                                      Michael D. Hess, Esquire
                                      BURKE & HESS
                                      1672 Manheim Pike
                                      Lancaster, PA  17601-1974