**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | |
| **Thomas S. Schwear** | **Chapter 13** |
| **Debtor(s)** | **Bankruptcy No. 16-13717** |

**CERTIFICATE OF NO RESPONSE**

The undersigned, Michael D. Hess, Esquire, attorney for the Debtor hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Motion to Modify Plan After Confirmation, which was served upon all parties of interest on June 6, 2017.

Dated: June 26, 2017

                      **Burke & Hess**

**By:**    **/s/ Michael D. Hess**
           Michael D. Hess, Esquire
           1672 Manheim Pike
           Lancaster, PA 17601
           Phone:  717-391-2911
           Fax:     717-391-5808
           **Attorney for Debtors**