United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas S. Schwear  
     Debtor

Case No. 16-13717-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Jun 30, 2017  
                  Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2017.
```
db             +Thomas S. Schwear,    129 Ashley Drive,     Ephrata, PA 17522-2627
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jul 01 2017 01:51:19      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 01 2017 01:50:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 01 2017 01:51:16      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              MARY F. KENNEDY    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor Thomas S. Schwear amburke7@yahoo.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-13717-sr |
| | : | |
| Thomas S. Schwear | : | |
| | : | Chapter 13 |
| Debtor(s) | : | |

ORDER CONFIRMING THIRD AMENDED CHAPTER 13 PLAN

AND NOW, upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Third Amended Chapter 13 plan is CONFIRMED.

BY THE COURT:

_____
United States Bankruptcy Judge
**STEPHEN RASLAVICH**

**Dated: June 29, 2017**

Office of the United State Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

Chase
Po Box 15298
Wilmington, DE 19886

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Card
PO Box 15316
Wilmington, DE 19850

Ditech Financial LLC
fka Green Tree Servicing LLC
c/o MARY F. KENNEDY
1310 Industrial Blvd. Ste. 101
Southhampton, PA 18966

Ditech Financial LLC
c/o Matteo S. Weiner, Esquire
701 Market Street, Suite 5000
Phila., PA 19106

Ditech Financial LLC fka
Green Tree Servicing LLC
P.O. Box 6154
Rapid City, South Dakota 57709-6154

LVNV Funding
P O Box 740281
Houston, TX 77274

LVNV Funding, LLC
 its successors and assigns as
assignee of Windstream Communications, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587