## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

IN RE:  Thomas S. Schwear

                  Debtor(s)

Ditech Financial LLC

          v.

Thomas S. Schwear

         and

Frederick L. Reigle

             Trustee

Chapter 13

NO. 16-13717-JKF

### ORDER

       AND NOW, this 27th day of February, 2018 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

       The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Ditech Financial LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 129 Ashley Dr, Ephrata, PA 17522-2627.

       The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.
Jean K. FitzSimom

cc: See attached service list

Thomas S. Schwear
129 Ashley Drive
Ephrata, PA 17522

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

Michael D. Hess
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601-3028

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532