United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas S. Schwear  
     Debtor

Case No. 16-13717-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Jennifer | Page 1 of 1 | Date Rcvd: Feb 27, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.
db     +Thomas S. Schwear,   129 Ashley Drive,   Ephrata, PA 17522-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:
     DENISE ELIZABETH CARLON   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
     FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     KEVIN G. MCDONALD   on behalf of Creditor   Ditech Financial LLC KMcDonald@blankrome.com
     MARY F. KENNEDY   on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC
      mary@javardianlaw.com, tami@javardianlaw.com
     MATTEO SAMUEL WEINER   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
     MICHAEL D. HESS   on behalf of Debtor Thomas S. Schwear amburke7@yahoo.com
     POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
     TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE: Thomas S. Schwear<br>　　　　　　　　　　Debtor(s)<br><br>Ditech Financial LLC<br>　　　　v.<br>Thomas S. Schwear<br>　　　　and<br>Frederick L. Reigle<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 16-13717-JKF |

**ORDER**

AND NOW, this 27th day of February, 2018 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED ~~AND DECREED~~ that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Ditech Financial LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 129 Ashley Dr, Ephrata, PA 17522-2627.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jean K. FitzSimon_
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimom

cc: See attached service list

Thomas S. Schwear
129 Ashley Drive
Ephrata, PA 17522

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

Michael D. Hess
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601-3028

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532