United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Thomas S. Schwear   
    Debtor

Case No. 16-13717-jkf   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Jul 11, 2018   
                        Form ID: pdf900     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
```
db             +Thomas S. Schwear,    129 Ashley Drive,    Ephrata, PA 17522-2627
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13816144       +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
13733006       +Chase,    Po Box 15298,    Wilmington, DE 19886-5298
13733008       +Ditech Financial LLC,    c/o Matteo S. Weiner, Equire,    701 Market Street, Suite 5000,
                 Phila., PA 19106-1541
13735486       +Ditech Financial LLC,    fka Green Tree Servicing LLC,    c/o MARY F. KENNEDY,
                 1310 Industrial Blvd. Ste. 101,    Southhampton, PA 18966-4030
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2018 02:40:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2018 02:40:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13733007        E-mail/Text: mrdiscen@discover.com Jul 12 2018 02:40:05     Discover Card,    PO Box 15316,
                 Wilmington, DE 19850
13740133        E-mail/Text: mrdiscen@discover.com Jul 12 2018 02:40:05     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13812294        E-mail/Text: bankruptcy.bnc@ditech.com Jul 12 2018 02:40:11
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13733009       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2018 02:41:33     LVNV Funding,
                 P O Box 740281,    Houston, TX 77274-0281
13809282        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2018 02:41:34
                 LVNV Funding, LLC its successors and assigns as,    assignee of Windstream Communications,,
                 Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 8
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13932788*       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor Thomas S. Schwear amburke7@yahoo.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      :

THOMAS S. SCHWEAR

                                                            : Bankruptcy No. 16-13717JKF
    Debtor(s)                                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

**Date: July 11, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

THOMAS S. SCHWEAR
129 ASHLEY DRIVE
EPHRATA,PA.17522